**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **CADARRIO DEWAYNE PATRICK,** **#150157** | **PLAINTIFF** |
| vs. | **CIVIL ACTION No.: 3:16-CV-922-HTW-MTP** |
| **ATTORNEY GENERAL OF THE** **STATE OF MISSISSIPPI** | **DEFENDANT** |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Michael T. Parker **[Docket no. 10]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 10]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this 26th day of April, 2017.**

**s/ HENRY T. WINGATE**
**UNITED STATES DISTRICT COURT JUDGE**